# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

DENNIS WALLACE PATTERSON,

*Plaintiff*

v.

TIMOTHY RASMUSSEN; LECH RADZIMSKI; JESSICA TAYLOR-REEVES; KENDLE ALLEN; LOREN ERDMAN; ALLEN NEILSON; and GINA TVEIT

*Defendant*

Civil Action No. 2:16-cv-442-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's claims seeking enforcement of the federal criminal code alleging a conspiracy to deprive him of of certain rights under 42 U.S.C. §§ 1985 AND 1986, and for deprivation of Plaintiff's rights under 42 U.S.C. § 1983 are DISMISSED WITH PREJUDICE against Defendants Tveit, Neilson, Erdman, Taylor-Reeves, Radzimski, and Rasmussen. All claims except Plaintiff's excessive force claim under 42 U.S.C. § 1983 are dismissed as to Defendant Allen.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON

Date: 05/19/2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates