# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 31, 2018

SEAN F. McAVOY, CLERK

Dennis Wallace Patterson,

    *Plaintiff*

v.

Kendle Allen, Loren Erdman, and Mike Swim,

    *Defendant*

Civil Action No. 2:16-v-00442-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's claim under the Americans with Disabilities Act is dismissed without prejudice. Plaintiff's remaining claims under the Fourth, Fifth, Eighth, Thirteenth, and Fourteenth Amendments, and against all defendants named in his Fifth Amended Complaint (ECF No. 35), except for Defendants Allen, Erdman and Swim, are dismissed with prejudice. Plaintiff's Eighth Amendment deliberate indifference to medical need and conditions of confinement claim, based on events in January 2015, is dismissed with prejudice as to Defendants Allen and Swim.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson

Date: May 31, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cora Vargas
    *(By) Deputy Clerk*

Cora Vargas