# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 08, 2019

SEAN F. McAVOY, CLERK

DENNIS WALLACE PATTERSON,

*Plaintiff*

v.

KENDLE ALLEN; LOREN ERDMAN; and MIKE SWIM, also known as Deputy Swim,

*Defendant*

Civil Action No. 2:16-CV-442-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion to Dismiss for Failure to Comply with Court Orders (ECF No. 77) is GRANTED. Plaintiff's Fifth Amended Complaint (ECF No. 37) is DISMISSED WITH PREJUDICE. Judgment is entered for Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON on Defendants' Motion to Dismiss for Failure to Comply with Court Orders (ECF No. 77).

Date: 04/08/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates